

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

—————————————————

No. 02-24-00137-CV

—————————————————

IN RE OSCAR GALLEGOS, Relator

———————————————————————————————————

Original Proceeding
213th District Court of Tarrant County, Texas
Trial Court No. 0704255A

———————————————————————————————————

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied as moot because the trial court has now ruled on relator's Motion for the Appointment of Counsel to Prepare Application for Habeas Corpus and Litigate Ineffective Assistance of Counsel. Accordingly, relator's petition for writ of mandamus is denied as moot.

Per Curiam

Delivered: April 9, 2024